THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCHESTER RAILWAY AND LIGHT COMPANY, Appellant, *v.* LESTER F. STEARNS et al., Constituting the STATE BOARD OF TAX COMMISSIONERS, Appellants.

In the Matter of the Application of the CITY OF ROCHESTER, Respondent, for Leave to Intervene.

*People ex rel. Rochester Ry. & L. Co.* v. *Stearns,* 112 App. Div. 906, affirmed.

(Argued June 6, 1906; decided June 21, 1906.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 19, 1906, which reversed an order of Special Term denying a motion of the respondent herein for leave to intervene as a party defendant in the above-entitled action.

The following question was certified: "Has the Supreme Court power in this proceeding to allow the City of Rochester, upon its application, after the issuance of the writ of certiorari and service thereof upon the State Board of Tax Commissioners and after the service of a return thereto, to intervene as a party defendant herein?"

*Julius M. Mayer, Attorney-General,* and *Daniel M. Beach* for appellants.

*William W. Webb, Corporation Counsel (B. B. Cunningham* of counsel), for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Absent: CHASE, J.